UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor
dstevens@scura.com

In Re:
Svetlana Lekhner,

                      Debtor.

Order Filed on January 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-25447 (JKS)

Chapter: 13

Judge: John K. Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 30, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 09/27/2019:

Property: 20 Cameron Road, Saddle River, NJ

Creditor: MEB Loan Trust IV serviced by Specialized Loan Servicing LLC
Previously acquired from Bank of America

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by the Debtor, and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including 04/20/2020.

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2