Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−25447−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Svetlana Lekhner
   20 Cameron Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−1996

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    7/9/20
Time:    10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney,

COMMISSION OR FEES
$3,709.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 10, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                          Case No. 19-25447-JKS
Svetlana Lekhner                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 10, 2020
                              Form ID: 137             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db             +Svetlana Lekhner,    20 Cameron Road,    Saddle River, NJ 07458-2934
cr             +Mercedes-Benz Financial Services USA LLC,    P.O. Box 961245,    Ft. Worth, TX 76161-0244
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ,    9990 Richmond Ave., Ste. 400 South,
                 Houston, TX 77042-4546
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    P.O. Box 55004,    Irvine, CA 92619-5004
518478668       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518399822      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518518633      +MEB Loan Trust IV,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518464229       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
518399825      +Pluese, Becker & Saltzman,    20000 Horison Way, Ste. 900,    Mount Laurel, NJ 08054-4318
518399826      +Rushmore Loan Mgmt Srvc,    Attn: Bankruptcy,    Po Box 55004,    Irvine, CA 92619-5004
518505341      +Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Rushmore Loan Management Services,
                 PO Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 10 2020 23:58:29      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 10 2020 23:58:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518399823      +E-mail/Text: M74banko@daimler.com Jun 10 2020 23:59:00      Mercedes-Benz Financial Services,
                 Attn: Bankruptcy Dept,    Po Box 685,    Roanoke, TX 76262-0685
518399824      +E-mail/Text: bnc@nordstrom.com Jun 10 2020 23:57:52      Nordstrom Signature Visa,
                 Attn: Bankruptcy,    Po Box 6555,    Englewood, CO 80155-6555
518844961      +E-mail/Text: bkteam@selenefinance.com Jun 10 2020 23:57:51
                 Wilmington Savings Fund Society, FSB,    c/o Selene Finance LP,
                 Attention: Cashiering Department,    9990 Richmond Avenue, Suite 400 South,
                 Houston, TX 77042-4546
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
518844962*     +Wilmington Savings Fund Society, FSB,    c/o Selene Finance LP,
                 Attention: Cashiering Department,    9990 Richmond Avenue, Suite 400 South,
                 Houston, TX 77042-4546
518399821     ##+Bank of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Svetlana  Lekhner dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 10, 2020
                              Form ID: 137             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Denise E. Carlon    on behalf of Creditor    MEB Loan Trust IV dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        John R. Morton, Jr.    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    MEB Loan Trust IV rsolarz@kmllawgroup.com
        Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services dnj@pbslaw.org
        Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Selene Finance LP dnj@pbslaw.org
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 8