Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25447−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Svetlana Lekhner
  20 Cameron Road
  Saddle River, NJ 07458

Social Security No.:
  xxx−xx−1996

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/13/20 at 10:00 AM

to consider and act upon the following:

**65** − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 2016 Mercedes−Benz C300. Fee Amount $ 181. filed by Creditor Mercedes−Benz Financial Services USA LLC) filed by John R. Morton Jr. on behalf of Mercedes−Benz Financial Services USA LLC. Objection deadline is 07/23/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

**70** − Certification in Opposition to Creditor's Certification of Default (related document:65 Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 2016 Mercedes−Benz C300. Fee Amount $ 181. filed by Creditor Mercedes−Benz Financial Services USA LLC) filed by John R. Morton Jr. on behalf of Mercedes−Benz Financial Services USA LLC. Objection deadline is 07/23/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Mercedes−Benz Financial Services USA LLC) filed by David L. Stevens on behalf of Svetlana Lekhner. (Attachments: # 1 Exhibit Proof of Pmts) (Stevens, David)

Dated: 7/24/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court