UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor
dstevens@scura.com

In Re:
Svetlana Lekhner,

                Debtor.

Order Filed on July 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-25447-JKS
Chapter: 13
Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 29, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __09/27/2019__ :

Property: ___20 Cameron Road, Saddle River, NJ___

Creditor: ___MEB Loan Trust IV serviced by Specialized Loan Servicing LLC___
Previously acquired from Bank of America

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by __the Debtor__, and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including __10/19/2020__.

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-25447-JKS
Svetlana Lekhner                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: Jul 29, 2020
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.
db            +Svetlana Lekhner,    20 Cameron Road,    Saddle River, NJ 07458-2934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:
    David L. Stevens    on behalf of Debtor Svetlana  Lekhner dstevens@scura.com,
     ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
    Denise E. Carlon    on behalf of Creditor   MEB Loan Trust IV dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    John R. Morton, Jr.    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
     ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
    Rebecca Ann Solarz    on behalf of Creditor    MEB Loan Trust IV rsolarz@kmllawgroup.com
    Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
     Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o
     Rushmore Loan Management Services dnj@pbslaw.org
    Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
     Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o
     Selene Finance LP dnj@pbslaw.org
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                          TOTAL: 8