UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

51410
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Mercedes-Benz Financial Services USA LLC

Order Filed on October 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SVETLANA LEKHNER

Case No.: 19-25447

Adv. No.:

Hearing Date: 8-13-20

Judge: JKS

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 7, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**Svetlana Lekhner**
**19-25447(JKS)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on certification of default filed by John R. Morton, Jr., Esq., attorney for Mercedes-Benz Financial Services USA LLC, with the appearance of Kevin DeLyon, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Mercedes-Benz Financial Services USA LLC is the holder of a first purchase money security interest encumbering a 2016 Mercedes-Benz C Class bearing vehicle identification number 55SWF4KB6GU134763 (hereinafter the "vehicle").

2. **Curing arrears:** The debtor shall cure all remaining arrears on the loan encumbering the vehicle by 8-31-20. If the debtor fails to cure arrears by that date, it will pay a second payment default, and <u>Mercedes-Benz Financial Services USA LLC shall have immediate stay relief to repossess and sell the vehicle without any application to the court or notice to the debtor or her attorney.</u>

3. The debtor shall pay to Mercedes-Benz Financial Services USA LLC through the plan, an additional counsel fee of $100 which shall be paid by the trustee as an administrative priority expense.