| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel: (973) 696-8391<br>Counsel for the Debtor<br>dstevens@scura.com<br>In Re:<br>Svetlana Lekhner,<br><br>                              Debtor. | Order Filed on October 29, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  19-25447-JKS<br>Chapter:  13<br>Judge:  JKS |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 29, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  09/27/2019           :

Property:        20 Cameron Road, Saddle River, NJ

Creditor:        MEB Loan Trust IV serviced by Specialized Loan Servicing LLC
                 Previously acquired from Bank of America

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  the Debtor           , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  1/18/2021          .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*