Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25447−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Svetlana Lekhner
   20 Cameron Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−1996

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/11/21 at 10:00 AM

to consider and act upon the following:

*102* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 2016 Mercedes−Benz C300. Fee Amount $ 181. filed by Creditor Mercedes−Benz Financial Services USA LLC) filed by John R. Morton Jr. on behalf of Mercedes−Benz Financial Services USA LLC. Objection deadline is 02/10/2021. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

*107* − Certification in Opposition to Creditor's Certification of Default (related document:102 Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 2016 Mercedes−Benz C300. Fee Amount $ 181. filed by Creditor Mercedes−Benz Financial Services USA LLC) filed by John R. Morton Jr. on behalf of Mercedes−Benz Financial Services USA LLC. Objection deadline is 02/10/2021. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Mercedes−Benz Financial Services USA LLC) filed by David L. Stevens on behalf of Svetlana Lekhner. (Stevens, David)

Dated: 2/5/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court