UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor:
MEB Loan Trust IV

**Order Filed on March 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Svetlana Lekhner,

   Debtor.

Case No.:          19-25447 JKS

Judge:             John K. Sherwood

Chapter:           13

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 29, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on :

Property:	20 Cameron Road, Saddle River, NJ 07458
Creditor:	MEB Loan Trust IV

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by MEB Loan Trust IV, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.