UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
David L. Stevens, Esq.
dstevens@scura.com
Attorneys for Debtor

**Order Filed on May 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Svetlana Lekhner,

                              Debtor.

| | |
|---|---|
| Case No.: | 19-25447 |
| Chapter: | 13 |
| Judge: | JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 17, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that   Scura, Wigfield, Heyer, Stevens & Cammarota, LLP  , the applicant, is allowed a fee of $ _____5,311.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____5,311.00_____ . The allowance is payable:

□ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*